

**NUMBERS 13-16-00269-CV AND 13-16-00418-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**IN THE INTEREST OF A.A.T., D.R.M., J.Y.M.,
D.M.M., AND D.N.M., MINOR CHILDREN**

---

**On appeal from the 430th District Court
of Hidalgo County, Texas.**

---

# O R D E R

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

Appellants, S.T. and J.M., filed an appeal from a judgment terminating their parental rights to A.A.T., D.R.M., J.Y.M., D.M.M., and D.N.M., minor children.[1]  This cause is presently before the Court because appellant, S.T., has filed a motion to dismiss

---

[1] In appeals from cases involving the termination of parental rights, the rules of appellate procedure require the use of an alias to refer to a minor, and "if necessary to protect the minor's identity, to the minor's parent or other family member."  TEX. R. APP. P. 9.8(b).

the appeal because she no longer wishes to pursue it. S.T. requests that this Court dismiss her appeal.

The appeal with respect to appellant S.T. is SEVERED from the remainder of the appeal and placed into appellate cause number 13-16-00418-CV styled *In the Interest of A.A.T., D.R.M., J.Y.M., D.M.M., and D.N.M., Minor Children.* The appeal with respect to appellant J.M. remains docketed under the original cause number 13-16-00269-CV and will proceed in due course.

It is so ORDERED.

PER CURIAM

Delivered and filed the
21st day of July, 2016.